UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|  | : | |
| Sasha L. Taylor | : | Case No.: 20-11886(AMC) |
|  | : | |
| Debtor(s) | : | Chapter 13 |

### RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY SANTANDER CONSUMER USA, INC.

**COMES NOW**, Debtor, Sasha L. Taylor, hereinafter referred to as "Debtor," by and through their undersigned Counsel, Brad J. Sadek, Esquire, and in response to the Motion for Relief filed by Santander Consumer USA, Inc., "Movant", and hereby avers the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Denied. By way of further response, it is specifically requested that the undersigned Counsel be provided with a complete post-petition payment history.

7. Denied.

**WHEREFORE**, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: August 17, 2020

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008